DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLE BURLINSON,**
Appellant,

v.

**CRAIG WILSON,**
Appellee.

No. 4D20-889

[October 22, 2020]

Appeal of nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael J. McNicholas, Judge; L.T. Case No. 432013DR000204.

Genna L. Sinel, Ana María Cristina Pérez Soto, Freddi R. Mack and Michael B. Shammo of Jones Day, Miami, for appellant.

Evelyn A. Ziegler, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***